

# NUMBER 13-22-00412-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

DONNA NICOLE CHAMBERLAIN,                                    Appellant,

v.

THE STATE OF TEXAS,                                              Appellee.

## On appeal from the 28th District Court
## of Nueces County, Texas.

# MEMORANDUM OPINION

### Before Chief Contreras and Justices Silva and Peña
### Memorandum Opinion by Chief Justice Contreras

This cause is before the Court on appellant's amended motion to dismiss this appeal. The amended motion was signed by both counsel and the appellant. We find the amended motion meets the requirement of Texas Rule of Appellate Procedure 42.2(a) that appellant and attorney must sign a written motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a).

Additionally, on February 2, 2023, the cause was abated for the trial to determine whether the appellant and/or appellant's counsel had abandoned the appeal. On February 23, 2023, we received a supplemental clerk's record which contained defendant's motion to abandon the appeal and an order granting that motion signed by the trial court judge.

Accordingly, the appeal is hereby reinstated and the amended motion to dismiss is granted. Without passing on the merits of the case, the appeal is hereby dismissed. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

DORI CONTRERAS
Chief Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
16th day of March, 2023.